Case No. 2023-1505

**IN THE**

# United States Court of Appeals for the Federal Circuit

**HORACE CLEVELAND,**
*Claimant-Appellant*
*v.*
**DENIS MCDONOUGH,**
**SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

On Appeal from the United States Court of Appeals for Veterans Claims in
No. 20-6780, Judge Amanda L. Meredith.

## CLAIMANT-APPELLANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME

Sarah E. Siu, Esq.
Timothy L. McHugh, Esq.
Troutman Pepper Hamilton Sanders
1001 Haxall Point, 15th Floor
Richmond, VA 23219
(804) 697-2293
sarah.siu@troutman.com
tim.mchugh@troutman.com

John D. Niles, Esq.
Carpenter Chartered
P.O. Box 2099
Topeka, KS 66601
(785) 357-5251
john@carpenterchartered.com

John F. Cameron, Esq.
250 Commerce Street, Suite 201
P.O. Box 240666
Montgomery, AL 36124
(334) 356-4888
jcameron@attyjc.com

*Counsel for Claimant-Appellant*

Pursuant to Rules 26 and 27 of the Federal Rules of Appellate Procedure and the Federal Circuit Rules, Claimant-Appellant Horace Cleveland respectfully requests an extension of time of 60 days, to and including November 7, 2023, within which to file the reply brief in this matter. Claimant-Appellant's brief is currently due on September 8, 2023. This is Claimant-Appellant's first request to this Court for an enlargement of time in this matter. On August 28, 2023, counsel for Respondent-Appellee indicated by email that Respondent-Appellee does not oppose the requested extension.

Good cause supports the requested relief. Undersigned counsel has had and will continue to have obligations in cases pending before the United States District Court for the Eastern District of Virginia, the Virginia Court of Appeals, and multiple arbitrations, among others, that hinder undersigned counsel's ability to devote sufficient time to Claimant-Appellant's brief before the current deadline. Undersigned lead counsel has defended and will be taking or assisting with taking multiple depositions between the time Respondent-Appellee's brief was filed and mid-September 2023 in a matter pending in the Eastern District of Virginia and thirteen related arbitrations, and is preparing for a liability hearing in the largest of these matters, scheduled for November 14-17, 2023. Undersigned lead counsel is also preparing for a trial in another matter in the Circuit Court for Henrico County, Virginia, scheduled for September 25-28, 2023. Further, undersigned lead counsel also prepared a confidential settlement conference statement for a settlement conference in the Eastern District of Virginia. Undersigned lead counsel is also preparing a formal brief in opposition to a motion to compel production of documents in another large arbitration, due September 1, 2023. Undersigned lead counsel is also preparing a formal brief in opposition to a petition for interlocutory appeal pending before the Virginia Court of Appeals, due September 7, 2023.

Based on these and other obligations, an extension of 60 days is necessary to provide sufficient time to prepare and file Claimant-Appellant's reply brief. Accordingly, Claimant-Appellant respectfully requests an extension of time of 60 days, to and including November 7, 2023, in which to file the reply brief.

Respectfully submitted,

*/s/ Sarah E. Siu*
Sarah E. Siu, Esq.
Timothy L. McHugh, Esq.
Troutman Pepper Hamilton Sanders
1001 Haxall Point, 15th Floor
Richmond, VA 23219
(804) 697-2293
sarah.siu@troutman.com
tim.mchugh@troutman.com

John D. Niles, Esq.
Carpenter Chartered
P.O. Box 2099
Topeka, KS 66601
(785) 357-5251
john@carpenterchartered.com

John F. Cameron, Esq.
250 Commerce Street, Suite 201
P.O. Box 240666
Montgomery, AL 36124
(334) 356-4888
jcameron@attyjc.com

*Counsel for Claimant-Appellant*

August 31, 2023

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

| | | |
|---|---|---|
| HORACE CLEVELAND, | ) | |
| | ) | |
| Claimant-Appellant, | ) | |
| | ) | |
| v. | ) | No. 2023-1505 |
| | ) | |
| DENIS MCDONOUGH, | ) | |
| Secretary of Veterans Affairs, | ) | |
| | ) | |
| Respondent-Appellee. | ) | |

**DECLARATION OF SARAH SIU IN SUPPORT OF CLAIMANT-APPELLEE'S
MOTION FOR AN EXTENSION OF TIME**

I, Sarah E. Siu, hereby state the following:

1.  I am an attorney with Troutman Pepper Hamilton Sanders, LLP.  I submit this declaration pursuant to Rule 26(b) of the Federal Circuit Rules.

2.  Since Respondent-Appellee filed its response brief on August 18, 2023, I have spent significant time working on cases before the United States District Court for the Eastern District of Virginia, the Virginia Court of Appeals, Virginia circuit courts, and multiple arbitrations.

3.  I have defended and will be taking or assisting with taking multiple depositions between the time Respondent-Appellee's brief was filed and mid-September 2023 in a matter pending in the Eastern District of Virginia and thirteen related arbitrations and am preparing for a liability hearing in the largest of these matters, scheduled for November 14-17, 2023.

4.  I also prepared a confidential settlement conference statement for a settlement conference in the Eastern District of Virginia.

5.  I am preparing for a trial in another matter in the Circuit Court for Henrico County, Virginia, scheduled for September 25-28, 2023.

6. I further am preparing a brief in opposition to a motion to compel production of documents in another large arbitration, due September 1, 2023.

7. I am preparing a brief in opposition to a petition for interlocutory appeal pending before the Virginia Court of Appeals, due September 7, 2023.

8. My colleagues have similar obligations.

9. Based on these and other obligations, an extension of 60 days is necessary to provide sufficient time to prepare and file Claimant-Appellant's reply brief.

10. In seeking an extension of 60 days, I have taken into account my responsibilities before this Court and others.

11. On August 18, 2023, counsel for Respondent-Appellee indicated by email that Respondent-Appellee does not oppose the requested extension.

12. I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.


Executed on August 31, 2023.

*/s/ Sarah E. Siu*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 2023-1505

**Short Case Caption** Cleveland v. McDonough

**Filing Party/Entity** Horace Cleveland

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 08/31/2023

Signature: /s/ Sarah E. Siu

Name: Sarah E. Siu

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☑ None/Not Applicable |
| Horace Cleveland | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐    Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☑   None/Not Applicable          ☐   Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐   Yes (file separate notice; see below)   ☑   No   ☐   N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑   None/Not Applicable          ☐   Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 2023-1505

**Short Case Caption:** Cleveland v. McDonough

> **Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes <u>352</u> words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 08/31/2023

Signature: /s/ Sarah E. Siu

Name: Sarah E. Siu

Save for Filing